SUPREME COURT OF NEW JERSEY
D-4 September Term 2004

IN THE MATTER OF

CHARLES B. KUSHNER

AN ATTORNEY AT LAW

(Attorney No. 010291980)



FILED SEP 16 2004
CLERK

O R D E R

Misc 04-361 (DRD)

CHARLES B. KUSHNER of LIVINGSTON, who was admitted to the bar of this State in 1980, having pleaded guilty in the United States District Court for the District of New Jersey to sixteen counts of assisting in the preparation of fraudulent partnership returns, in violation of 26 U.S.C.A. 7206(2), one count of witness tampering, in violation of 18 U.S.C.A. 1513(e) and (2), and one count of making a false statement to the Federal Election Commission, in violation of 18 U.S.C.A. 1001(a)(2) and 2, and good cause appearing;

It is ORDERED that pursuant to Rule 1:20-13(b)(1), **CHARLES B. KUSHNER** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **CHARLES B. KUSHNER** comply with Rule 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that **CHARLES B. KUSHNER** be restrained and enjoined from practicing law during the period of his suspension.

WITNESS, the Honorable Deborah T. Poritz, Chief Justice, at Trenton, this 15th day of September, 2004.

The foregoing is a true copy of the original on file in my office.

CLERK OF THE SUPREME COURT
OF NEW JERSEY

CLERK OF THE SUPREME COURT