```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        MINUTES OF PROCEEDINGS
```

NEWARK                                    DATE: November 22nd, 2004

JUDGE: Dickinson R. Debevoise

COURT REPORTER: Mollie Giordano

DEPUTY CLERK: Antigone Owens-Krefski


Title of Case:                            Docket #04mc361

In the Matter of Charles B. Kushner, Esq.

Appearances:
None

Nature of proceeding: **Order to Show Cause**
At call for hrg on order to show cause;
It further appearing that as of the return date there was neither a personal appearance or a written response filed by or on behalf of the respondent;
Order to show cause granted;
Order to be submitted.




Time Commenced 10:00 a.m.
Time Adjourned


cc: chambers                              S/Antigone Owens-Krefski
                                          Deputy Clerk