UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

In the Matter of                    :

CHARLES B. KUSHNER                  :           Misc. 04-361(DRD)

An Attorney-at-Law                  :             O R D E R

It appearing that respondent, CHARLES B. KUSHNER, was ordered to show cause before this court on Monday, November 22, 2004, why he should not be temporarily suspended from the practice of law before this court until further Order of the court; and

It further appearing that, as of the return date, there was neither a personal appearance nor a written response filed by or on behalf of respondent;

It is on this   7th   day of December, 2004,

ORDERED that CHARLES B. KUSHNER be and he hereby is temporarily suspended from the practice of law before this Court until further Order of the Court; and

It is further ORDERED that CHARLES B. KUSHNER be and he hereby is restrained and enjoined from the practice of law before this Court during the period of suspension.

                                        s/ John W. Bissell
                                        JOHN W. BISSELL
                                           Chief Judge
                                   United States District Court